The People of the State of Illinois for use of Ida Slavik et al., appellants, v. United States Fidelity and Guaranty Company and John B. Dicus, appellees. Gen. No. 38,597.

Opinion filed November 2, 1936.

A. G. Dicus and Edwin Hamilton, for appellants. Francis M. Lowes, for certain appellee. Robertson, Crowe & Spence, for certain other appellee; Egbert Robertson and Eugene P. Kealy, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Emma Dicus et al., conservatrices of the estate of Louis Scherer, incompetent, appellees, v. John B. Dicus and United States Fidelity and Guaranty Company, appellants. Gen. No. 38,782.

Opinion filed November 2, 1936.

F. M. Lowes, for certain appellant. Robertson, Crowe & Spence, for certain other appellant; Egbert Robertson and Eugene P. Kealy, of counsel. A. G. Dicus and Edwin Hamilton, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.